IN THE UNITED STATES SUPREME COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

FREDERICK M. SEIFERTH, REPRESENTATIVE
OF THE HEIRS AT LAW OF JAMES
A. SEIFERTH, DECEASED                                                                    PLAINTIFFS

VERSUS                                                          CIVIL ACTION NO. 4:03CV463-P-B

HELICOPTEROS ATUNEROS AND
MARK CAMOS                                                                                DEFENDANTS

## JUDGMENT

This cause is before the Court on defendant Camos' Motion to Dismiss for Lack of Jurisdiction Over the Person [15]. The Court, having reviewed the motion, the response, the briefs of the parties, the authorities cited and being otherwise fully advised in the premises, finds as follows, to-wit:

In accordance with the Memorandum Opinion entered contemporaneously herewith, the Court finds that the defendant's motion is well-taken and should be sustained.

IT IS, THEREFORE, ORDERED AND ADJUDGED that defendant Camos' Motion to Dismiss for Lack of Jurisdiction Over the Person [15] is well-taken and should be, and hereby is, GRANTED. IT IS FURTHER ORDERED that defendant Mark Camos should be, and hereby is, DISMISSED WITHOUT PREJUDICE as a party defendant in this case; plaintiff remains free to seek relief against Mark Camos in another forum where he is amenable to suit. IT IS FURTHER ORDERED that the statute of limitations is hereby TOLLED for a period of ninety (90) days from the entry of this order. IT IS FURTHER ORDERED that this cause should be, and hereby is, DISMISSED as there are no remaining defendants.

SO ORDERED, this the 15th day of August, 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE